(June 24, 1980)

■ GERALD GUTERMAN et al., Respondents, v GEORGE H. MEEHAN et al., Appellants.—Order, Supreme Court, New York County, entered on December 27, 1979, unanimously affirmed on the opinion of Ascione, J., at Special Term. Respondents shall recover of appellants $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Kupferman, Markewich and Silverman, JJ.